UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RANDY HODGE,                    )<br>                                 )<br>    Plaintiff,              )<br>                                 )<br>v.                               )<br>                                 )<br>CAROLYN W. COLVIN,               )<br>ACTING COMMISSIONER              )<br>OF SOCIAL SECURITY,              )<br>                                 )<br>    Defendant.             ) | Civ. Action No. 3:15-00098-FDW |

**ORDER**

THIS MATTER is before the Court on the Consent Motion to Remand filed by Defendant (Doc. No. 13). For the reasons stated in the motion, it is GRANTED.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this action for further administrative proceedings and development, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and development. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: September 21, 2015

*[Signature]*

Frank D. Whitney
Chief United States District Judge