UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| RANDY HODGE | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civ. Action No. 3:15-00098-FDW |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER | ) | |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on the Consent Motion For Attorney's Fees (Doc. No. 16), filed by Plaintiff. For the reasons stated in the uncontested motion, it is GRANTED.

On September 22, 2015, this Court entered a Consent Order agreed to and signed by the parties (Doc. No. 14). In the instant motion, the parties have agreed that the Commissioner of Social Security should pay the sum of $3,600.00 for attorney fees to Plaintiff, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Consent Motion (Doc. No. 16) is GRANTED. The Commissioner of Social Security shall pay to Plaintiff the sum of $3,600.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

Signed: October 5, 2015

Frank D. Whitney
Chief United States District Judge